IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| EL TELAR INC | CASE NO. 09-07553 ESL |
| EL TELAR FRANCHISE CORP | CASE NO. 09-07554 ESL |
| MAXXIMA UNIFORMS INC | CASE NO. 09-07556 ESL |
| | SUBSTANTIVELY CONSOLIDATED |
| | Chapter 11 |
| YQB CORP | CASE NO. 09-09957 ESL |
| | JOINTLY ADMINISTERED |
| | Chapter 11 |
| ISAAC ROFFE ATTIAS | CASE NO. 09-09636 ESL |
| CLAUDIA BONINA MURCIANO MIRABAL | Chapter 13 |
| | FILED & ENTERED ON 06/16/2010 |

**O R D E R**

I hereby disqualify myself from this case. The Clerk shall reassign this case to another judge.

The hearing scheduled for June 21, 2010 at 9:30 A.M. in Lead Case 09-07553 will now be heard before the Honorable Brian K. Tester in Courtroom 3.

San Juan, Puerto Rico, this 16 day of June, 2010.

*[signature]*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:   ALL CREDITORS