IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| EL TELAR INC | CASE NO. 09-07553 ESL |
| EL TELAR FRANCHISE CORP | CASE NO. 09-07554 ESL |
| MAXXIMA UNIFORMS INC | CASE NO. 09-07556 ESL |
| | SUBSTANTIVELY CONSOLIDATED |
| | Chapter 11 |
| YQB CORP | CASE NO. 09-09957 ESL |
| | JOINTLY ADMINISTERED |
| | Chapter 11 |
| ISAAC ROFFE ATTIAS | CASE NO. 09-09636 ESL |
| CLAUDIA BONINA MURCIANO MIRABAL | Chapter 13 |
| | FILED & ENTERED ON 06/16/2010 |

**O R D E R**

I hereby disqualify myself from this case. The Clerk shall reassign this case to another judge.

The hearing scheduled for June 21, 2010 at 9:30 A.M. in Lead Case 09-07553 will now be heard before the Honorable Brian K. Tester in Courtroom 3.

San Juan, Puerto Rico, this 16 day of June, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: ALL CREDITORS

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: srodrigue            Page 1 of 8            Date Rcvd: Jun 16, 2010
Case: 09-07553                 Form ID: pdf001            Total Noticed: 227
```

The following entities were noticed by first class mail on Jun 18, 2010.
```
db         +EL TELAR INC,   PO BOX 362469,    SAN JUAN, PR 00936-2469
aty         EUGENE F. HESTRES VELEZ,    BIRD BIRD & HESTRES, P.S.C.,    PO BOX 9024040,
             SAN JUAN, PR  00902-4040
smg         DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg         FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court:   INTERNAL REVENUE SERVICE,    PO BOX 21126,    PHILADELPHIA, PA  19114)
smg         PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
             SAN JUAN, PR   00918
smg        +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
acc        +ANTONIO F SECOLA BIASCOECHEA,    VILLAS DE TINTILLO A14,    GUAYNABO, PR 00969
cr          BANCO POPULAR PR,    MIGDALIA EFFIE GUASP ESQ,    PO BOX 362708,    SAN JUAN, PR  00936-2708
cr          BPP RETAIL PROPERTIES LLC,    PO BOX 19328,    SAN JUAN, PR 00910-1328
inv        +GERARDO LOPEZ VIGO,    BOX 1100,    MOCA, PR 00676-1100
intp        J&J Textiles Corporation,    Bobby Cap 14 North,    Coamo, PR  00769
sp         +JAIRO MELLADO VILLAREAL,    MELLEDO & MELLADO-VILLARREAL,    165 PONCE DE LEON AVE,    SUITE 102,
             SAN JUAN, PR 00917-1235
intp        Jorge Colon,    Bobby Cap 14 North,    Coamo, PR  00769
cr         +MUNICIPIO DE SAN JUAN,    MYRA M VELEZ PLUMEY ESQ,    PO BOX 70179,    SAN JUAN, PR 00936-8179
cr         +Maria Socorro Medina Rios,    P.O. Box 5928,    Caguas, PR 00726-5928
cr         +PDCM ASSOCIATES  S E,    BANCO POPULAR CENTER SUITE 1133,    209 MUNOZ RIVERA AVE,
             SAN JUAN, PR 00918-1000
cr          POPULAR AUTO,    VERONICA DURAN ESQ,    PO BOX 366818,    SAN JUAN, PR  00936-6818
cr         +PUERTO RICO RETAIL STORES,    BANCO POPULAR CENTER, SUITE 1133,    209 MUNOZ RIVERA AVE.,
             SAN JUAN, PR 00918-1000
cr          Ponce Real Estate, Corp.,    PO Box 7071,    Ponce, PR  00732-7071
2892783    +3 RIOS LTD,    27 GONZALEZ GUISTI SUITE 300,    GUAYNABO PR 00968-3076
2831231    +3 RIOS LTD,    27 GONZALEZ GUISTI SUITE 300,    GUAYNABO PR 00968-3076,    CONTACT  ROBERTO DAVILA,
             787 753 7750
2842952    +AAA,    PO BOX 70101,    SAN JUAN PR 00936-8101
2842953     AEE,    PO BOX 364267,    SAN JUAN PR 00936-4267
2842954    +ALLARY CORPORATION,    PO BOX 693,    LIIVINGSTON NJ 07039-0693,    TEL 800 883 8449
2831232    +ALLARY CORPORATION,    PO BOX 693,    LIVINGSTON NJ 07039-0693,    TEL 800 883 8449
2892789    +AMERICAN ARBITRATION,    1633 BROADWAY,    10 TH FLOOR,    NEW YORK 10019-6708
2831233    +ANTI FIRE OF PUERTO RICO,    PO BOX 140219,    ARECIBO PR 00614-0219
2831234     ANTILLES POWER DEPOT,    PO BOX 810190,    CAROLINA   PR   00981-0190,    787 622 9330
2831235     ASTRAL LIGHTIN CORPORA,    GPO BOX 360858,    SAN JUAN PR   00936 0858,    TEL 787 724 4470
2831236     ATELIER ENGRENAGE,    PO BOX 195335,    SAN JUAN PR 00919 5335,    TEL 787 725 3431
2842959     AUTORIDAD TRANSPORTACION Y OBRAS PUBLICAS,    PO BOX 11889,    SAN JUAN PR 00922-1889
2892795     BANCO POPULAR DE PUERTO RICO,    1125 AVE MUNOZ RIVERA,    SAN JUAN PR 00925
2831237     BANCO SANTANDER PR,    PO BOX 195579,    SAN JUAN PR   00919 5579
2831238     BEST FIRE TECH CORP,    PO BOX 190502,    SAN JUAN PR 00919-0502
2831239     BO DEVELOPMENT CORP,    PO BOX 71319,    SAN JUAN PR 00936 8419,    787 720 7447
2831240     BPP RETAIL PROPERTIES LLC,    CO FERNANDO GIERBOLINI,    PO BOX 190998,    SAN JUAN PR 00919-0998
2842963     BUCHANAN WAREHOUSE INC,    PO BOX 360884,    SAN JUAN PR 00936-0884
2831241     BVP INC,    YAUCO PLAZA 1,    SHOPPING CENTER 137,    YAUCO PR   00698,    TEL  787 856 5994
2831242     CABRERA MARKETING CO INC,    PO BOX 3192,    BAYAMON PR   00960 3192,    CONTACT NOEL CABRERA,
             787 787 7890
2842966     CAGUAS COPY,    CAGUAS PR 00725
2892803    +CAMILA FERNANDEZ,    CALLE MUNOZ BARRIOS 23,    CIDRA PR 00739-3310
2842967    +CARIBBEAN STITCHES,    PMB 349 HC 01 BOX 29030,    CAGUAS PR 00726-4900
2831243    +CARIBE CARTON  INC,    PO BOX 858,    GARROCHALES PR 00652-0858,    TEL 787 881 1285
2831244    +CENTRO COPIAS EQUS,    AVE AMERICO MIRANDA 1168,    SAN JUAN PR 00921-2213,    TEL 787 793 0042
2893042     COMERSAN SA,    PO BOX 54,    03820-COCENTAINA (ALICANTE) - SPAIN
2842971     COMERSAN SA,    POLIGONO INDUSTRIAL ELS ALGARS,    C BANYERES DE MARIOLA SN,    PO BOX 265 ALCOY,
             COCENTAINA ALICANTE 03820 SP SPAIN
2831246     COMERSAN SA,    POLIGONO INDUSTRIAL ELS ALGARS,    C BANYERES DE MARIOLA SN,    PO BOX 265 ALCOY,
             COCENTAINA ALICANTE 03820 SP SPAIN,    96 554 58 11
2831248     DARICE INC,    PO BOX 75639,    CLEVELAND OH   44101 4755,    TEL 440 238 9150
2892811     DELUX FOR BUSINESS,    PO BOX 88042,    CHICAGO IL 60680-1042
2892812     DEPARTAMENT OF LABOR,    FLOR FRANCESCHINI,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892815     DEPARTMENT OF LABOR,    EVELYN JIMENEZ,    PO BOX 195540,    SAN JUNA PR 00919-5540
2892816     DEPARTMENT OF LABOR,    FLOR FRANSESCHINI,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892817     DEPARTMENT OF LABOR,    FRANCISCO SANTOS,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892818     DEPARTMENT OF LABOR,    IVELISE PACHECO,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892819     DEPARTMENT OF LABOR,    JOMALIS SANTOS,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892820     DEPARTMENT OF LABOR,    MADELINE ALVARADO,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892821     DEPARTMENT OF LABOR,    MARIA RIOS PENA,    PO BOX 195540,    SAN JUNA PR 00919-5540
2892822     DEPARTMENT OF LABOR,    MARITZA SEDA,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892823     DEPARTMENT OF LABOR,    MAYRA SANTIAGO,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892824     DEPARTMENT OF LABOR,    MONICA GONZALEZ PACHECO,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892825     DEPARTMENT OF LABOR,    NOEMI FLORES,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892826     DEPARTMENT OF LABOR,    NORMA SANTIAGO ORTIZ,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892827     DEPARTMENT OF LABOR,    PO BOX 195540,    SAN JUAN PR 00919-5540
2831250     DEPARTMENT OF LABOR,    ROSE M RAMIREZ GONZALEZ,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892830     DEPARTMENT OF LABOR,    SONIA DIAZ NIEVES,    PO BOX 195540,    SAN JUAN PR 00919-5540
2831251     DEPARTMENT OF LABOR,    TAHISHA HERNANDEZ,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892832     DEPARTMENT OF LABOR,    WANDA E BLAAY GONZALEZ,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892833     DEPARTMENT OF LABOR,    YAHAIRA RESTO,    PO BOX 195540,    SAN JUAN PR 00919-5540
2831252     DEPARTMENT OF LABOR,    ZULEIKA VEINTIDOS VARGAS,    PO BOX 195540,    SAN JUAN PR 00919-5540
2892814     DEPARTMENT OF LABOR,    CAROB VIDAL APARICIO,    PO BOX 195540,    SAN JUAN PR 00919-5540
2831249     DEPARTMENT OF LABOR,    COAMARILIS CORREA CARRASQUILLO,    PO BOX 195540,    SAN JUAN PR 00919-5540
```

```
2831253      +DEPARTMENT OF STATE,    PO BOX 9023271,    SAN JUAN PR 00902-3271
2831254      +DILL BUTTONS OF AMERICA INC,    50 CHOATE CIRCLE,    MONTOURSVILLE PA 17754-9791,
               CONTACT ANDY JACOBS,    TEL 888 460 7555
2831255      +DORAL FREIGHT LOGISTICS INC,    10925 NW 27 ST 101,    MIAMI FL 33172-5009,    TEL  305 477 1022
2902469       DOWNTOWN DEVELOPMENT CORP.,    C/O SERGIO A. RAMIREZ DE ARELLANO,
               BANCO POPULAR CENTER, SUITE 1133,    SAN JUAN, PR 00918-1009
2831256       DOWNTOWN DEVELOPMENT CORPORATION,    CO JAVIER RIVERA ESQ,    MSC,    138 WINSTON CHURCHILL AVE,
               SAN JUAN PR 00926-6023
2831257      +DOZIER TEXTILE INC,    78 GLENLEIGH COURT,    SUWANEE  GA 30024-4235,    770  205 5006
2831258       DUENAS TRAILER INC,    PO BOX 194859,    SAN JUAN PR  00919 4859,    TEL 787 783 8626
2831259      +DYNO MERCHANDISE,    PO BOX 60962,    CHARLOTTE NC 28260,    TEL 954 971 2910
2831260       EL DIA INC,    PO BOX 71445,    SAN JUAN PR   00936 8545,    TEL 809 793 7023
2842985       EL NUEVO DIA INC,    PO BOX 71445,    SAN JUAN PR   00936 8545,    TEL 809 793 7023
2842986       ELIZABETH ROFFE,    PO BOX 362469,    SAN JUAN PR 00936-2469
2831261      +ERNESTO HERNANDEZ PEREZ,    CO JORGE RUIZ RIVERA ESQ,    COND ST TROPEZ BUZON CA6,
               6267 AVE ISLA VERDE,    CAROLINA PR 00979-7108
2842988      +F OLAZABAL  CO INC,    PO BOX 2926,    BAYAMON PR 00960-2926
2831262       FIDECOMISO HERNANDEZ CASTRODAD,    AVE ANGORA MARGINAL CARR 1 KM 333,    CAGUAS PR 00726,
               TEL 787 746 7180
2831263      +FIRE PROTECTION CO,    PO BOX 9306,    COTTO STATION,    ARECIBO PR 00613-9306,    TEL  787 817 6624
2831264      +FOAM PACK INC,    CO FRANCISCO VILLANUEVA ESQ,    PO BOX 362738,    SAN JUAN PR 00936-2738
2831265      +FUTURE PACK CORP,    CO FRANCISCO VILLANUEVA ESQ,    PO BOX 362738,    SAN JUAN PR 00936-2738
2831266       GAMALIEL RODRIGUEZ,    BLV MIGUEL POU,    EDIF ALCARAZ 203,    PONCE PR 00733
2892852      +GENESIS,    AVE MILITAR 2723,    ISABELA PR 00662
2892853       GLADYS MONTES,    URB BRISAS DE CEIBA,    CALLE 5 CASEA 97,    CEIBA PR 00735
2831267       IMPRESOS QUINTANA INC,    AVE LOMAS VERDE 3H 12 LOMAS VERDE,    BAYAMON PR 00956,    787 785 8833
2831271      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    PHILADELPHIA PA 19255)
2892855       INTIMATE FASHION INC,    EUGENE F HESTRES-RODRIGUEZ,    BIRD BIRD  HESTRES,    PO BOX 9024040,
               OLD SAN JUAN  PR 00902-4040
2831268       IRIS M RAMIREZ ROSARIO,    CO SYLVIA ROLDAN CRUZ,    PO BOX 71592,    SAN JUAN PR 00936-8692
2842995       IRIS MORAIMA MORA,    CO JOSE CARTAGENA MORALES,    COND MIDTOWN OFIC 207,    420 SVE PONCE DE LEON,
               SAN JUAN PR 00918
2831269       IRIS MORAIMA MORA,    CO VIVIANA M MEJIAS DIAZ,    PO BOX 360959,    SAN JUAN PR 00936-0959
2831270       IRS,    CITIVIEW PLAZA NO 2,    48 CARRETERA 165 SUITE 2000,    GUAYNABO PR 00968-8000
2842998      +ISAAC ROFFE,    600 BLVD DE LOS ARBOLES,    459 LOS ARBOLES DE MONTEHIEDRA,
               SAN JUAN PR 00926-5556
2842999       ISIDORO ROFFE,    PO BOX 362469,    SAN JUAN PR 00936-2469
2831272      +ISIDORO ROFFE,    URB SAN PATRICIO,    5 PALM CIRCLE APT 6 B,    GUAYNABO  00968-4446,
               TEL 787 781 4389
2892862       ISIDORO ROFFE COHEN,    PO BOX 362469,    SAN JUAN PR 00936-2469
2831273       ISLAND WIDE LOGISTICS,    PO BOX 11670,    SAN JUAN PR 00922-1670,    TEL 787 723 0715
2892864      +ISRAEL KOPEL AMSTER,    CO SERGIO RAMIREZ,    SUITE 1133 BANCO POPULAR CENTER,
               209 MUNOZ RIVERA AVE,    SAN JUAN PR 00918-1000
2831275      +J O FERNANDEZ,    AVE MUNOZ RIVERA 867,    COND VICK CENTER SUIT D 301,    RIO PIEDRAS PR 00925-2132,
               TEL 787 764 0235
2843003      +JAVIER FLORES,    HC22 BOX 9381,    JUNCOS PR 00777-9602
2892867       JORGE COLON,    BOBBY CAPO 14 NORTE,    COAMO PR 00769
2892869      +KALOGA,    860 ASHFORD AVE SUITE 2C,    SAN JUAN PR 00907-1043
2831277      +KEVANE SOTO PASARELL,    33 BOLIVIA STREET,    FOURTH FLOOR,    SAN JUAN PR 00917-2000,
               CONTACT AIDA RAMIREZ,    TEL 809 754 1915
2843006      +KREINER FABRIC,    330 W DIVERSEY PARKWAY SUIT 2001,    CHICAGO IL 60657-6205,
               CONTACT  STEVEN KREINER,    TEL 773 582 8712
2831278      +KREINER FABRICS,    330 W DIVERSEY PARKWAY SUIT 2001,    CHICAGO IL 60657-6205,
               CONTACT  STEVEN KREINER,    TEL 773 582 8712
2831279       LANIER PUERTO RICO RICOH,    CALL BOX 2110,    CAROLINA PR 00984 2110,    787 641 4690
2892873      +LORD ACCOUNTANT,    1606 AVE PONCE DE LEON SUITE 103,    SANTURCE PR 00909-1870
2831280      +LORD ACCOUNTANT,    1606 AVE PONCE DE LEON SUITE 103,    SANTURCE PR 00909-1870,
               CONTACTO PEDRO CORA SILVA,    TEL 787 653 9666
2831281       LUGO MENDER,    CENTRO INTERNACIONAL DE MERCADEO,    CARRETERA 165 TORRE I SUIT 501,
               GUAYNABO PUERTO RICO   00968,    TEL 787 707 0404
2892874      +LUIS DANIEL MIRANDA,    PO BOX 1300,    COROZAL PR 00783-1300
2831282       MAGIC TRANSPORT  INC,    PO BOX 360729,    SAN JUAN PR 00936 0729,    TEL 787 780 4020
2892876      +MARIA SOCORRO MEDINA,    CO JUAN SIERRA ESQ,    PO BOX 5928,    CAGUAS PR 00726-5928
2831283      +MARIA SOCORRO MEDINA,    CO LUIS RODRIGUEZ ESQ,    PO BOX 6407,    CAGUAS PR 00726-6407
2831284      +MATILDE NADAL DE VIDAL INC,    CO MARIA DEL R FERNANDEZ ESQ,    625 AVE PONCE DE LEON,
               SAN JUAN PR 00917
2831285      +MB TEX INDUSTRIES INC,    707 7 TH STREET,    UNION CITY NJ 07087-3407,    TEL 201 758 5000
2831286      +MEDAL TEXTILES,    270 WEST 39 TH STREET,    6 TH FLOOR,    NEY YORK NY 10018-4409,
               CONTACT ARON LIEBORMAN,    TEL 212 921 2662
2892880      +MELLADO  MELLADO VILLAREAL,    165 PONCE DE LEON AVE SUITE 102,    SAN JUAN PR 00917-1235
2892881      +METRO PROMOTION,    AVE SAN PATRICIO 807,    SAN JUAN PR 00921-1311
2966294      +MIGUEL CAPELES COLON,    PO BOX 358,    BARRANQUITAS, PR 00794-0358
2831287      +MOND TEX INTERNATIONAL CORP,    CO HARRY MUNIZ VALLADARES ESQ,    200 AVE RAFAEL CORDERO SUITE 140,
               CAGUAS PR 00725-4303,    213 627 7644
2843014      +MONDTEX INTERNATIONAL CORP,    CO HARRY MUNIZ  ESQ,    200 AVE RAFAEL CORDERO SUITE 140,
               CAGUAS PR 00725-4303
2831288      +MORS  INC,    762 ANDALUCIA,    SAN JUAN PR 00921-1802,    TEL 809 793 4661
2843016      +MUNICIPIO DE COAMO,    PO BOX 1875,    COAMO PR 00769-1875
2843017      +MUNICIPIO DE AIBONITO,    DIRECTOR FINANZAS,    PO BOX 2004,    AIBONITO PR 00705-2004
2843018       MUNICIPIO DE ARECIBO,    DIRECTOR FINANZAS,    PO BOX 1086,    ARECIBO PR 00613-1086
2843019      +MUNICIPIO DE BARRANQUITAS,    DIRECTOR FINANZAS,    PO BOX 250,    BARRANQUITAS PR 00794-0250
2843020      +MUNICIPIO DE BAYAMON,    DIRECTOR FINANZAS,    PO BOX 1588,    BAYAMON PR 00960-1588
```

```
2843021      MUNICIPIO DE CAGUAS,   PO BOX 907,    CAGUAS PR 00726-0907
2892889     +MUNICIPIO DE CAGUAS,   POR BOX 907,   CAGUAS PR 00726-0907
2843022      MUNICIPIO DE CAROLINA,   DIRECTOR FINANZAS,   PO BOX 8,    CAROLINA PR 00986-0008
2843023     +MUNICIPIO DE CAYEY,    DIRECTOR FINANZAS,   PO BOX 371330,    CAYEY PR 00737-1330
2843024     +MUNICIPIO DE CIDRA,    PO BOX 729,   CIDRA PR 00739-0729
2843025     +MUNICIPIO DE COROZAL,   CALLE CERVANTES 9,   COROZAL PR 00783-2047
2892895      MUNICIPIO DE FAJARDO,   PO BOX 865,    FAJARDO PR 00738-0865
2843026     +MUNICIPIO DE GUAYAMA,   PO BOX 360,    GUAYAMA PR 00785-0360
2843027     +MUNICIPIO DE GUAYNABO,   PO BOX 7885,   GUAYNABO PR 00970-7885
2843028     +MUNICIPIO DE HUMACAO,   PO BOX 178,    HUMACAO PR 00792-0178
2843029     +MUNICIPIO DE ISABELA,   PO BOX 507,    ISABELA PR 00662-0507
2843030      MUNICIPIO DE JAYUYA,    PO BOX 488,    JAYUYA PR 00664-0488
2843031     +MUNICIPIO DE JUANA DIAZ,    PO BOX 1409,    JUANA DIAZ PR 00795-1409
2843032     +MUNICIPIO DE LAS PIEDRAS,    PO BOX 68,    LAS PIEDRAS PR 00771-0068
2843033     +MUNICIPIO DE MANATI,    DIRECTOR FINANZAS,    10 CALLE QUINONES,    MANATI PR 00674-5013
2843034     +MUNICIPIO DE MAYAGUEZ,   DIRECTOR FINANZAS,    PO BOX 447,    MAYAGUEZ PR 00681-0447
2843035     +MUNICIPIO DE MOROVIS,   PO BOX 655,    MOROVIS PR 00687-0655
2843036     +MUNICIPIO DE OROCOVIS,   PO BOX 2106,    OROCOVIS PR 00720-2106
2843037     +MUNICIPIO DE PATILLAS,   DIRECTOR FINANZAS,    PO BOX 698,    PATILLAS PR 00723-0698
2843038      MUNICIPIO DE PONCE,    DIRECTOR DE FINANZAS,    PO BOX 331709,    PONCE PR 00733-1709
2843039     +MUNICIPIO DE SALINAS,   DIRECTOR FINANZAS,    PO BOX 1149,    SALINS PR 00751-1149
2892910      MUNICIPIO DE SAN JUAN,    PO BOX 4355,    SAN JUAN PR 00901-4355
2843040     +MUNICIPIO DE SAN LORENZO,    DIRECTOR FINANZAS,    PO BOX 1289,    SAN LORENZO PR 00754-1289
2843041     +MUNICIPIO DE SAN SEBASTIAN,    DIRECTOR FINANZAS,    PO BOX 1603,    SAN SEBASTIAN PR 00685-1603
2843042     +MUNICIPIO DE UTUADO,    DIRECTOR DE FINANZAS,    PO BOX 190,    UTUADO PR 00641-0190
2843043     +MUNICIPIO DE VEGA ALTA,    DIRECTOR FINANZAS,    PO BOX 1390,    VEGA ALTA PR 00692-1390
2843044     +MUNICIPIO DE YAUCO,    DIRECTOR DE FINANZAS,    PO BOX 1,    YAUCO PR 00698-0001
2843045      MUNICIPIO DE FAJARDO,   PO BOX 865,    FAJARDO PR 00738-0865
2831289     +MURRAY A GOLDENBERG CAPITAL,    MARIA JONIAUX,    15800 JOHN J DELANEY DR,    SUITE 300,
              CHARLOTTE NC 28277-2981,    CONTACTSIMON MARCUS
2892917     +MURRAY A GOLDENBERG CAPITAL,    MARIA JONIAUX,    15800 JOHN J DELANEY DR SUITE 300,
              CHARLOTTE NC 28277-2981
2843046     +MURRAY A GOLDENBERG CAPITAL,    MARIA JONIAUX,    15800 JOHN J DELANEY DR SUITE 300,
              CHARLOTTE NC 28277-2981,    CONTACTSIMON MARCUS TEL 800 969 9547
2892918     +MYLETEX INTERANTIONAL INC,    27 8TH STREET,    PASSAIC NY 07055-7903
2831290     +MYLETEX INTERANTIONAL INC,    27 8TH STREET,    PASSAIC NY 07055-7903,
              CONTACT  FREDDY BLANCO CPA CONTROLLER
2843047     +MYLETEX INTERANTIONAL INC,    27 8TH STREET,    PASSAIC NY 07055-7903,    CONTACT KEVIN NELSON
2839361     +Maria Socorro Medina Rios,    c/o Lic. Juan R. Sierra,    P.O. Box 5928,    Caguas, P.R 00726-5928
2903919     +NACM 207 MACCALL PATTERN COMPANY,    CO PIERRE SCHARFE,    615 MCCALL ROAD,
              MANHATTAN KS 66502-5035
2831291      NACM-207 MACCALL PATTERN COMPANY,    CO SANDRA SANTIAGO ESQ,    CALLE ESTEBAN PADILLA 58 3ER PISO,
              BAYAMON PR 00959
2892920     +NELLY TRINIDAD,    HC-01 BOX 8190,    GURABO PR 00778-9445
2831292      NEMF WORLD TRANSPORTATION INC,    PO BOX 3919,    CAROLINA PR 00984 3919,
              CONTACT MARIA DIAZ COLON,    787 774 0909
2843050      NEW PORT SALES INC,    PO BOX 11594,    SAN JUAN PR 00922-1594
2892922     +NEW PORT SALES INC,    CO JESUS RIVERA ESQ,    PO BOX 22518,    UPR STATION,
              SAN JUAN PR 00931-2518
2831293     +NILDA FIGUEROA RIVERA,    CO DIEGO LEDEE BAZAN,    APARTADO 891,    GUAYAMA PR 00785-0891
2843052      NORITEX SA,    EDIF 96 VIA ISRAEL,    PO BOX 55-1737,    PAITILLA PANAMA
2831294      NOTIONS MARKETING COPR,    1500 BUCHANA SW GRAND RAPIDS,    MIAMI FL 49507,    TEL 800 748 0250
2843054      OFFICE MAX,    PO BOX 5239,    CAROL STREAM IL 60197-5239
2892927     +OUTSOURCING SOLUTION INC,    PO BOX 1343,    GURABO PR 00778-1343
2892928     +PDCM ASSOCIATES SE,    CO SERGIO RAMIREZ,    SUITE 1133 BANCO POPULAR CENTER,
              209 MUNOZ RIVERA AVE,    SAN JUAN PR 00918-1000
2831295      PDCM ASSOCIATES SE,    PO BOX 190858,    SAN JUAN PR 00919 0858
2831296     +PHOENIX OF ANDERSON,    PO BOX 693,    ANDERSON SC 29622-0693,    TEL 1 800 505 8664
2831297      PIZARRO LAW OFFICES,    PO BOX 360959,    SAN JUAN PR   00936 0959,    CONTACT  LIC RICARDO PIZARRO,
              787  753-5439
2831298      PONCE  FAGOT BCO POPULAR DE PR,    PLAZA FAGOT INC,    PO BOX 330208,    PONCE   00733 0208,
              TEL 787 848 0034
2843059      PONCE REAL ESTATE CORP,    PO BOX 7071,    PONCE PR 00732 7071,    CONTACT FRANCISCO VILARINO,
              787 842 9910
2831299      PONCE REAL ESTATE CORP,    PO BOX 7071,    PONCE PR 00732 7071,    CONTACT FRANK VILARINO,
              787 842 9910
2843061      POPULAR AUTO,    PO BOX 50045,    SAN JUAN PR 00902
2856738      POPULAR AUTO (POPULAR LEASING),    BANKRUPTCY DEPARTMENT,    PO BOX 366818,
              SAN JUAN PUERTO RICO 00936-6818
2831300    ++PRYM CONSUMER USA INC,    PO BOX 5028,    SPARTANBURG SC 29304-5028
             (address filed with court: PRYM DRITZ,    PO BOX 75028,    SPARTANBURG SC 29304,
              TEL 800 255 7796)
2892936     +PUERTO RICO RETAIL STORES,    CO SERGIO RAMIREZ DE ARELLANO,    SUITE 1133 BANCO POPULAR CENTER,
              209 MUNOZ RIVERA AVE,    SAN JUAN PR 00918-1000
2831301      PUERTO RICO RETAIL STORES,    PO BOX 190858,    SAN JUAN PR 00919 0858
2843064      PUERTO RICO TELEPHONE,    PO BOX 71535,    SAN JUAN PR 00936-8635
2842814      Puerto Rico Department of Labor,    Bureau of Legal Affairs - 18th Floor,    PO Box 71592,
              San Juan, PR 00936-8692
2831302     +RAFAEL CORTES Y VICTOR CORTES,    AVE MILITAR 4560,    ISABELA PR 00662-4159
2831303     +RAFAEL LEBRON SOTO,    APARTADO 513,    PATILLAS PR 00723-0513
2892940      RE DELGADO,    PO BOX 9024136,    SAN JUAN PR 00902-4136
2831304     +REPRESENTANTE SANTAELLA SANTAELLA,    PO BOX 330601,    PONCE PR 00733-0601,    787 840 1335
2892941     +SANDRA ARROCHO,    PO BOX 2571,    JUNCOS PR 00777-2571
2843067      STATE FUND INSURANCE CORPORATION,    PO BOX 365028,    SAN JUAN PR 00936-5028
```

```
2871180         STATE INSURANCE FUND CORPORATION,   ALEJANDRO A. SUAREZ CABRERA, ESQ.,   PO BOX 365028,
                   SAN JUAN, PR 00936-5028
2892942         STATE INSURANCE FUND CORPORATION,   PO BOX 365028,   SAN JUAN PR 00936-5028
2843068        +TAGICIB SERVICES,   MERCANTIL PLAZA BLDG,   SUITE 810,   HATO REY PR 00918-1612
2892944         TEXTILIA LTDA,   CARRERA 60 NO 12 46,   SANTA FE DE BOGOTA COLOMBIA,   COL COLOMBIA
2831305         TEXTILIA LTDA,   CARRERA 60 NO 12 46,   SANTA FE DE BOGOTA COLOMBIA,   COL COLOMBIA,
                   CONTACT   MERCEDES JUNCO,   TEL  571  261 2477
2831306        +TIJ ASOC SE CJ GOLDIKENER,   C 17  1123,   VILLA NEVAREZ,   RIO PIEDRAS PR 00927-5335,
                   TEL 787 765 3325
2843071        +TINTAS Y TONERS DEL CARIBE,   CALLE 18 M17,   CONDADO MODERNO,   CAGUAS PR 00725-2452
2831307         TLD DE PUERTO RICO  INC,   PO BOX 71314,   ACCT  27245,   SAN JUAN PR   00936 8414,
                   TEL  787 781 8181
2892947         TLD DE PUERTO RICO  INC,   PO BOX 71314,   SAN JUAN PR   00936 8414
2831308         TREASURY DEPARTMENT,   PO BOX 9024140,   SAN JUAN PR 00902-4140
2831309         UNITED SURETY  INDEMNITY CO,   CO VIRGILIO MACHADO ESQ,   138 WINSTON CHURCHILL,   PMB 530,
                   SAN JUAN PR 00926-6023
2831310         UNIVERSAL FIRE CONTROL CORP,   CALLE M 1 NO 07 JARDINES DE ARECIBO,   ARECIBO PR 00612,
                   787 878 7074
2843076         UPS SUPPLY CHAIN SOLUTIONS INC,   28013 NETWORK PLACE,   CHICAGO IL 60673-1280
2831311         US DEPARTMENT OF JUSTICE,   FEDERAL LITIGATION DIVISION,   PO BOX 9020192,
                   SAN JUAN PR 00902-0192
2899863        +United Surety & Indemnity Company,   Saldana & Saldana-Egozcue, PSC,
                   208 Ponce De Leon Ave., Suite 1420,   San Juan, PR 00918-1019
2831312        +VENROD TRADING COMPANY INC,   BLDG B MERCADO CENTRAL  P NUEV,   PO BOX 2117,
                   SAN JUAN    PR 00922-2117
2843079        +VICTOR ROFFE,   200 BLVD DE LA FUENTE,   APT 44,   SAN JUAN PR 00926-5968
2892955         VIRR SE,   PO BOX 362469,   SAN JUAN PR 00936-2469
2831313        +VITEX FABRICS,   231 WEST 39 ST,   NEW YORK  NY 10018-3109,   TEL 212 302 5001
2892957         WESTERNBANK,   AVE MUNOZ RIVERA,   268 SUITE 600,   HATO REY PR 00918
2843081         WESTERNBANK PUERTO RICO,   PO BOX 1450,   MAYAGUEZ PR 00681-1450
2892958        +WILMA JAIME,   HC 04 BOX 4912,   HUMACAO PR 00791-9461
2843082        +WORLD NET COMUNICATION,   PO BOX 70201,   SAN JUAN PR 00936-8201
2831314        +YABUCOA DEVELOPMENT SE,   PO BOX 195579,   SAN JUAN PR 00919-5579,   TEL 787 282 0202
2892961         YQB,   PO BOX 362469,   CAGUAS PR 00726
2892962         YQB INC,   PO BOX 362469,   SAN JUAN PR 00936-2469
The following entities were noticed by electronic transmission on Jun 16, 2010.
2831247         E-mail/Text: cfigueroa@crimpr.net                            CRIM,   PO BOX 195387,
                   SAN JUAN PR 00919-5387
                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 pla           EL TELAR  FRANCHISE CORP
 cr            INTIMATE FASHIONS, INC.
 cr            LUIS D MIRANDA
 cr            Tres Rios Ltd.
2831245         COATS  CLARK,   PO BOX 7846,   MISSION HILLS CA   91346,   CONTACT   MR AL GOLD,
                   TEL    1 800 926 4767
2842970         COATS  CLARK,   PO BOX 7846,   MISSION HILLS CA   91346,   CONTACT   MR AL GOLD,
                   TEL    1 800 926 4767
2892807         COATS  CLARK,   PO BOX 7846,   MISSION HILLS CA   91346,   CONTACT   MR AL GOLD,
                   TEL    1 800 926 4767
2831274         ISRAEL KOPEL AMSTER,   LOCK BOX ACCT  051 224426,   TEL 641 8200 EXT 4520
2843001         ISRAEL KOPEL AMSTER,   LOCK BOX ACCT  051 224426,   TEL 641 8200 EXT 4520
2831276         JOSE SANTIAGO,   TEL 939 218 1203
2843004         JOSE SANTIAGO,   TEL 939 218 1203
2892868         JOSE SANTIAGO,   TEL 939 218 1203
2976473         MUNICIPALITY OF BAYAMON
 intp*         +UNITED SURETY & INDEMNITY COMPANY,   Saldana & Saldana-Egozcue, PSC,   208 Ponce De Leon Ave.,
                   Suite 1420,   San Juan, PR 00918-1019
2842951*       +3 RIOS LTD,   27 GONZALEZ GUISTI SUITE 300,   GUAYNABO PR 00968-3076,   CONTACT   ROBERTO DAVILA,
                   787 753 7750
2892784*       +3 RIOS LTD,   27 GONZALEZ GUISTI SUITE 300,   GUAYNABO PR 00968-3076,   CONTACT   ROBERTO DAVILA,
                   787 753 7750
2892785*       +AAA,   PO BOX 70101,   SAN JUAN PR 00936-8101
2892786*        AEE,   PO BOX 364267,   SAN JUAN PR 00936-4267
2892787*        AEE,   PO BOX 364267,   SAN JUAN PR 00936-4267
2892788*       +ALLARY CORPORATION,   PO BOX 693,   LIIVINGSTON NJ 07039-0693,   TEL 800 883 8449
2842955*       +ANTI FIRE OF PUERTO RICO,   PO BOX 140219,   ARECIBO PR 00614-0219
2892790*       +ANTI FIRE OF PUERTO RICO,   PO BOX 140219,   ARECIBO PR 00614-0219
2842956*        ANTILLES POWER DEPOT,   PO BOX 810190,   CAROLINA   PR   00981-0190,   787 622 9330
2892791*        ANTILLES POWER DEPOT,   PO BOX 810190,   CAROLINA   PR   00981-0190,   787 622 9330
2842957*        ASTRAL LIGHTIN CORPORA,   GPO BOX 360858,   SAN JUAN PR   00936 0858,   TEL 787 724 4470
2892792*        ASTRAL LIGHTIN CORPORA,   GPO BOX 360858,   SAN JUAN PR   00936 0858,   TEL 787 724 4470
2842958*        ATELIER ENGRENAGE,   PO BOX 195335,   SAN JUAN PR 00919 5335,   TEL 787 725 3431
2892793*        ATELIER ENGRENAGE,   PO BOX 195335,   SAN JUAN PR 00919 5335,   TEL 787 725 3431
2892794*        AUTORIDAD TRANSPORTACION Y OBRAS PUBLICAS,   PO BOX 11889,   SAN JUAN PR 00922-1889
2842960*        BEST FIRE TECH CORP,   PO BOX 190502,   SAN JUAN PR 00919-0502
2892796*        BEST FIRE TECH CORP,   PO BOX 190502,   SAN JUAN PR 00919-0502
2842961*        BO DEVELOPMENT CORP,   PO BOX 71319,   SAN JUAN PR 00936 8419,   787 720 7447
2892797*        BO DEVELOPMENT CORP,   PO BOX 71319,   SAN JUAN PR 00936 8419,   787 720 7447
2842962*        BPP RETAIL PROPERTIES LLC,   CO FERNANDO GIERBOLINI,   PO BOX 190998,   SAN JUAN PR 00919-0998
2892798*        BPP RETAIL PROPERTIES LLC,   CO FERNANDO GIERBOLINI,   PO BOX 190998,   SAN JUAN PR 00919-0998
2892799*        BUCHANAN WAREHOUSE INC,   PO BOX 360884,   SAN JUAN PR 00936-0884
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
 2842964*       BVP INC,    YAUCO PLAZA 1,    SHOPPING CENTER 137,    YAUCO PR   00698,     TEL   787 856 5994
 2892800*       BVP INC,    YAUCO PLAZA 1,    SHOPPING CENTER 137,    YAUCO PR   00698,     TEL   787 856 5994
 2842965*       CABRERA MARKETING CO INC,    PO BOX 3192,    BAYAMON PR   00960 3192,     CONTACT NOEL CABRERA,
                 787 787 7890
 2892801*       CABRERA MARKETING CO INC,    PO BOX 3192,    BAYAMON PR   00960 3192,     CONTACT NOEL CABRERA,
                 787 787 7890
 2892802*       CAGUAS COPY,    CAGUAS PR 00725
 2892804*      +CARIBBEAN STITCHES,    PMB 349 HC 01 BOX 29030,    CAGUAS PR 00726-4900
 2842968*      +CARIBE CARTON INC,    PO BOX 858,    GARROCHALES PR 00652-0858,     TEL 787 881 1285
 2892805*      +CARIBE CARTON INC,    PO BOX 858,    GARROCHALES PR 00652-0858,     TEL 787 881 1285
 2842969*      +CENTRO COPIAS EQUS,    AVE AMERICO MIRANDA 1168,    SAN JUAN PR 00921-2213,     TEL 787 793 0042
 2892806*      +CENTRO COPIAS EQUS,    AVE AMERICO MIRANDA 1168,    SAN JUAN PR 00921-2213,     TEL 787 793 0042
 2892808*       COMERSAN SA,    POLIGONO INDUSTRIAL ELS ALGARS,    C BANYERES DE MARIOLA SN,    PO BOX 265 ALCOY,
                 COCENTAINA ALICANTE 03820 SP SPAIN
 2842972*       CRIM,    PO BOX 195387,    SAN JUAN PR 00919-5387
 2892809*       CRIM,    PO BOX 195387,    SAN JUAN PR 00919-5387
 2842973*       DARICE INC,    PO BOX 75639,    CLEVELAND OH   44101 4755,     TEL 440 238 9150
 2892810*       DARICE INC,    PO BOX 75639,    CLEVELAND OH   44101 4755,     TEL 440 238 9150
 2842974*       DEPARTMENT OF LABOR,    COAMARILIS CORREA CARRASQUILLO,    PO BOX 195540,    SAN JUAN PR 00919-5540
 2892813*       DEPARTMENT OF LABOR,    COAMARILIS CORREA CARRASQUILLO,    PO BOX 195540,    SAN JUAN PR 00919-5540
 2842977*       DEPARTMENT OF LABOR,    ZULEIKA VEINTIDOS VARGAS,    PO BOX 195540,    SAN JUAN PR 00919-5540
 2892834*       DEPARTMENT OF LABOR,    ZULEIKA VEINTIDOS VARGAS,    PO BOX 195540,    SAN JUAN PR 00919-5540
 2842975*       DEPARTMENT OF LABOR,    ROSE M RAMIREZ GONZALEZ,    PO BOX 195540,    SAN JUAN PR 00919-5540
 2892828*       DEPARTMENT OF LABOR,    ROSE M RAMIREZ GONZALEZ,    PO BOX 195540,    SAN JUAN PR 00919-5540
 2892829*       DEPARTMENT OF LABOR,    ROSE M RAMIREZ GONZALEZ,    PO BOX 195540,    SAN JUAN PR 00919-5540
 2842976*       DEPARTMENT OF LABOR,    TAHISHA HERNANDEZ,    PO BOX 195540,    SAN JUAN PR 00919-5540
 2892831*       DEPARTMENT OF LABOR,    TAHISHA HERNANDEZ,    PO BOX 195540,    SAN JUAN PR 00919-5540
 2842978*      +DEPARTMENT OF STATE,    PO BOX 9023271,    SAN JUAN PR 00902-3271
 2892835*      +DEPARTMENT OF STATE,    PO BOX 9023271,    SAN JUAN PR 00902-3271
 2842979*      +DILL BUTTONS OF AMERICA INC,    50 CHOATE CIRCLE,    MONTOURSVILLE PA 17754-9791,
                 CONTACT  ANDY JACOBS,    TEL 888 460 7555
 2892836*      +DILL BUTTONS OF AMERICA INC,    50 CHOATE CIRCLE,    MONTOURSVILLE PA 17754-9791,
                 CONTACT  ANDY JACOBS,    TEL 888 460 7555
 2842980*      +DORAL FREIGHT LOGISTICS INC,    10925 NW 27 ST 101,    MIAMI FL 33172-5009,     TEL   305 477 1022
 2892837*      +DORAL FREIGHT LOGISTICS INC,    10925 NW 27 ST 101,    MIAMI FL 33172-5009,     TEL   305 477 1022
 2842981*       DOWNTOWN DEVELOPMENT CORPORATION,    CO JAVIER RIVERA ESQ,    MSC,    138 WINSTON CHURCHILL AVE,
                 SAN JUAN PR 00926-6023
 2892838*       DOWNTOWN DEVELOPMENT CORPORATION,    CO JAVIER RIVERA ESQ,    MSC,    138 WINSTON CHURCHILL AVE,
                 SAN JUAN PR 00926-6023
 2842982*      +DOZIER TEXTILE INC,    78 GLENLEIGH COURT,    SUWANEE   GA 30024-4235,     770  205 5006
 2892839*      +DOZIER TEXTILE INC,    78 GLENLEIGH COURT,    SUWANEE   GA 30024-4235,     770  205 5006
 2842983*       DUENAS TRAILER INC,    PO BOX 194859,    SAN JUAN PR   00919 4859,     TEL 787 783 8626
 2892840*       DUENAS TRAILER INC,    PO BOX 194859,    SAN JUAN PR   00919 4859,     TEL 787 783 8626
 2842984*      +DYNO MERCHANDISE,    PO BOX 60962,    CHARLOTTE NC 28260,     TEL 954 971 2910
 2892841*      +DYNO MERCHANDISE,    PO BOX 60962,    CHARLOTTE NC 28260,     TEL 954 971 2910
 2892842*       EL NUEVO DIA INC,    PO BOX 71445,    SAN JUAN  PR    00936 8545,     TEL 809 793 7023
 2892843*       EL TELAR INC,    PO BOX 362469,    SAN JUAN PR 00936-2469
 2892844*       EL TELAR INC,    PO BOX 362469,    SAN JUAN PR 00936-2469
 2892845*       ELIZABETH ROFFE,    PO BOX 362469,    SAN JUAN PR 00936-2469
 2842987*      +ERNESTO HERNANDEZ PEREZ,    CO JORGE RUIZ RIVERA ESQ,    COND ST TROPEZ BUZON CA6,
                 6267 AVE ISLA VERDE,    CAROLINA PR 00979-7108
 2892846*      +ERNESTO HERNANDEZ PEREZ,    CO JORGE RUIZ RIVERA ESQ,    COND ST TROPEZ BUZON CA6,
                 6267 AVE ISLA VERDE,    CAROLINA PR 00979-7108
 2892847*      +F OLAZABAL  CO INC,    PO BOX 2926,    BAYAMON PR 00960-2926
 2842989*      +FIRE PROTECTION CO,    PO BOX 9306,    COTTO STATION,    ARECIBO PR 00613-9306,     TEL 787 817 6624
 2892848*      +FIRE PROTECTION CO,    PO BOX 9306,    COTTO STATION,    ARECIBO PR 00613-9306,     TEL 787 817 6624
 2842990*      +FOAM PACK INC,    CO FRANCISCO VILLANUEVA ESQ,    PO BOX 362738,    SAN JUAN PR 00936-2738
 2892849*      +FOAM PACK INC,    CO FRANCISCO VILLANUEVA ESQ,    PO BOX 362738,    SAN JUAN PR 00936-2738
 2842991*      +FUTURE PACK CORP,    CO FRANCISCO VILLANUEVA ESQ,    PO BOX 362738,    SAN JUAN PR 00936-2738
 2892850*      +FUTURE PACK CORP,    CO FRANCISCO VILLANUEVA ESQ,    PO BOX 362738,    SAN JUAN PR 00936-2738
 2842992*       GAMALIEL RODRIGUEZ,    BLV MIGUEL POU,    EDIF ALCARAZ 203,    PONCE PR 00733
 2892851*       GAMALIEL RODRIGUEZ,    BLV MIGUEL POU,    EDIF ALCARAZ 203,    PONCE PR 00733
 2842993*       IMPRESOS QUINTANA INC,    AVE LOMAS VERDE 3H 12 LOMAS VERDE,    BAYAMON PR 00956,     787 785 8833
 2892854*       IMPRESOS QUINTANA INC,    AVE LOMAS VERDE 3H 12 LOMAS VERDE,    BAYAMON PR 00956,     787 785 8833
 2842997*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: IRS,    PHILADELPHIA PA 19255)
 2892859*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: IRS,    PHILADELPHIA PA 19255)
 2842994*       IRIS M RAMIREZ ROSARIO,    CO SYLVIA ROLDAN CRUZ,    PO BOX 71592,    SAN JUAN PR 00936-8692
 2892856*       IRIS M RAMIREZ ROSARIO,    CO SYLVIA ROLDAN CRUZ,    PO BOX 71592,    SAN JUAN PR 00936-8692
 2892857*       IRIS MORAIMA MORA,    CO JOSE CARTAGENA MORALES,    COND MIDTOWN OFIC 207,    420 SVE PONCE DE LEON,
                 SAN JUAN PR 00918
 2842996*       IRS,    CITIVIEW PLAZA NO 2,    48 CARRETERA 165 SUITE 2000,    GUAYNABO PR 00968-8000
 2892858*       IRS,    CITIVIEW PLAZA NO 2,    48 CARRETERA 165 SUITE 2000,    GUAYNABO PR 00968-8000
 2892860*      +ISAAC ROFFE,    600 BLVD DE LOS ARBOLES,    459 LOS ARBOLES DE MONTEHIEDRA,
                 SAN JUAN PR 00926-5556
 2892861*       ISIDORO ROFFE,    PO BOX 362469,    SAN JUAN PR 00936-2469
 2843000*       ISLAND WIDE LOGISTICS,    PO BOX 11670,    SAN JUAN PR 00922-1670,     TEL 787 723 0715
 2892863*       ISLAND WIDE LOGISTICS,    PO BOX 11670,    SAN JUAN PR 00922-1670,     TEL 787 723 0715
 2843002*      +J O FERNANDEZ,    AVE MUNOZ RIVERA 867,    COND VICK CENTER SUIT D 301,    RIO PIEDRAS PR 00925-2132,
                 TEL 787 764 0235
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
2892865*    +J O FERNANDEZ,   AVE MUNOZ RIVERA 867,   COND VICK CENTER SUIT D 301,   RIO PIEDRAS PR 00925-2132,
              TEL 787 764 0235
2892866*    +JAVIER FLORES,   HC22 BOX 9381,   JUNCOS PR 00777-9602
2843005*    +KEVANE SOTO PASARELL,   33 BOLIVIA STREET,   FOURTH FLOOR,   SAN JUAN PR 00917-2000,
              CONTACT AIDA RAMIREZ,   TEL 809 754 1915
2892870*    +KEVANE SOTO PASARELL,   33 BOLIVIA STREET,   FOURTH FLOOR,   SAN JUAN PR 00917-2000,
              CONTACT AIDA RAMIREZ,   TEL 809 754 1915
2892871*    +KREINER FABRIC,   330 W DIVERSEY PARKWAY SUIT 2001,   CHICAGO IL 60657-6205,
              CONTACT STEVEN KREINER,   TEL 773 582 8712
2843007*     LANIER PUERTO RICO RICOH,   CALL BOX 2110,   CAROLINA PR 00984 2110,   787 641 4690
2892872*     LANIER PUERTO RICO RICOH,   CALL BOX 2110,   CAROLINA PR 00984 2110,   787 641 4690
2843008*    +LORD ACCOUNTANT,   1606 AVE PONCE DE LEON SUITE 103,   SANTURCE PR 00909-1870,
              CONTACTO PEDRO CORA SILVA,   TEL 787 653 9666
2843009*     MAGIC TRANSPORT INC,   PO BOX 360729,   SAN JUAN PR 00936 0729,   TEL 787 780 4020
2892875*     MAGIC TRANSPORT INC,   PO BOX 360729,   SAN JUAN PR 00936 0729,   TEL 787 780 4020
2843010*    +MARIA SOCORRO MEDINA,   CO LUIS RODRIGUEZ ESQ,   PO BOX 6407,   CAGUAS PR 00726-6407
2843011*    +MATILDE NADAL DE VIDAL INC,   CO MARIA DEL R FERNANDEZ ESQ,   625 AVE PONCE DE LEON,
              SAN JUAN PR 00917
2892877*    +MATILDE NADAL DE VIDAL INC,   CO MARIA DEL R FERNANDEZ ESQ,   625 AVE PONCE DE LEON,
              SAN JUAN PR 00917
2843012*    +MB TEX INDUSTRIES INC,   707 7 TH STREET,   UNION CITY NJ 07087-3407,   TEL 201 758 5000
2892878*    +MB TEX INDUSTRIES INC,   707 7 TH STREET,   UNION CITY NJ 07087-3407,   TEL 201 758 5000
2843013*    +MEDAL TEXTILES,   270 WEST 39 TH STREET,   6 TH FLOOR,   NEY YORK NY 10018-4409,
              CONTACT ARON LIEBORMAN,   TEL 212 921 2662
2892879*    +MEDAL TEXTILES,   270 WEST 39 TH STREET,   6 TH FLOOR,   NEY YORK NY 10018-4409,
              CONTACT ARON LIEBORMAN,   TEL 212 921 2662
2892882*    +MONDTEX INTERNATIONAL CORP,   CO HARRY MUNIZ ESQ,   200 AVE RAFAEL CORDERO SUITE 140,
              CAGUAS PR 00725-4303
2843015*    +MORS INC,   762 ANDALUCIA,   SAN JUAN PR 00921-1802,   TEL 809 793 4661
2892883*    +MORS INC,   762 ANDALUCIA,   SAN JUAN PR 00921-1802,   TEL 809 793 4661
2892884*    +MUNCIPIO DE COAMO,   PO BOX 1875,   COAMO PR 00769-1875
2892885*    +MUNICIPIO DE AIBONITO,   DIRECTOR FINANZAS,   PO BOX 2004,   AIBONITO PR 00705-2004
2892886*     MUNICIPIO DE ARECIBO,   DIRECTOR FINANZAS,   PO BOX 1086,   ARECIBO PR 00613-1086
2892887*    +MUNICIPIO DE BARRANQUITAS,   DIRECTOR FINANZAS,   PO BOX 250,   BARRANQUITAS PR 00794-0250
2892888*    +MUNICIPIO DE BAYAMON,   DIRECTOR FINANZAS,   PO BOX 1588,   BAYAMON PR 00960-1588
2892890*     MUNICIPIO DE CAGUAS,   PO BOX 907,   CAGUAS PR 00726-0907
2892891*     MUNICIPIO DE CAROLINA,   DIRECTOR FINANZAS,   PO BOX 8,   CAROLINA PR 00986-0008
2892892*    +MUNICIPIO DE CAYEY,   DIRECTOR FINANZAS,   PO BOX 371330,   CAYEY PR 00737-1330
2892893*    +MUNICIPIO DE CIDRA,   PO BOX 729,   CIDRA PR 00739-0729
2892894*    +MUNICIPIO DE COROZAL,   CALLE CERVANTES 9,   COROZAL PR 00783-2047
2892896*    +MUNICIPIO DE GUAYAMA,   PO BOX 360,   GUAYAMA PR 00785-0360
2892897*    +MUNICIPIO DE GUAYNABO,   PO BOX 7885,   GUAYNABO PR 00970-7885
2892898*    +MUNICIPIO DE HUMACAO,   PO BOX 178,   HUMACAO PR 00792-0178
2892899*    +MUNICIPIO DE ISABELA,   PO BOX 507,   ISABELA PR 00662-0507
2892900*     MUNICIPIO DE JAYUYA,   PO BOX 488,   JAYUYA PR 00664-0488
2892901*    +MUNICIPIO DE JUANA DIAZ,   PO BOX 1409,   JUANA DIAZ PR 00795-1409
2892902*    +MUNICIPIO DE LAS PIEDRAS,   PO BOX 68,   LAS PIEDRAS PR 00771-0068
2892903*    +MUNICIPIO DE MANATI,   DIRECTOR FINANZAS,   10 CALLE QUINONES,   MANATI PR 00674-5013
2892904*    +MUNICIPIO DE MAYAGUEZ,   DIRECTOR FINANZAS,   PO BOX 447,   MAYAGUEZ PR 00681-0447
2892905*    +MUNICIPIO DE MOROVIS,   PO BOX 655,   MOROVIS PR 00687-0655
2892906*    +MUNICIPIO DE OROCOVIS,   PO BOX 2106,   OROCOVIS PR 00720-2106
2892907*    +MUNICIPIO DE PATILLAS,   DIRECTOR FINANZAS,   PO BOX 698,   PATILLAS PR 00723-0698
2892908*     MUNICIPIO DE PONCE,   DIRECTOR DE FINANZAS,   PO BOX 331709,   PONCE PR 00733-1709
2892909*    +MUNICIPIO DE SALINAS,   DIRECTOR FINANZAS,   PO BOX 1149,   SALINS PR 00751-1149
2892911*    +MUNICIPIO DE SAN LORENZO,   DIRECTOR FINANZAS,   PO BOX 1289,   SAN LORENZO PR 00754-1289
2892912*    +MUNICIPIO DE SAN SEBASTIAN,   DIRECTOR FINANZAS,   PO BOX 1603,   SAN SEBASTIAN PR 00685-1603
2892913*    +MUNICIPIO DE UTUADO,   DIRECTOR DE FINANZAS,   PO BOX 190,   UTUADO PR 00641-0190
2892914*    +MUNICIPIO DE VEGA ALTA,   DIRECTOR FINANZAS,   PO BOX 1390,   VEGA ALTA PR 00692-1390
2892915*    +MUNICIPIO DE YAUCO,   DIRECTOR DE FINANZAS,   PO BOX 1,   YAUCO PR 00698-0001
2892916*    +MUNICIPO DE FAJARDO,   PO BOX 865,   FAJARDO PR 00738-0865
2843048*     NACM-207 MACCALL PATTERN COMPANY,   CO SANDRA SANTIAGO ESQ,   CALLE ESTEBAN PADILLA 58 3ER PISO,
              BAYAMON PR 00959
2892919*     NACM-207 MACCALL PATTERN COMPANY,   CO SANDRA SANTIAGO ESQ,   CALLE ESTEBAN PADILLA 58 3ER PISO,
              BAYAMON PR 00959
2843049*     NEMF WORLD TRANSPORTATION INC,   PO BOX 3919,   CAROLINA PR 00984 3919,
              CONTACT MARIA DIAZ COLON,   787 774 0909
2892921*     NEMF WORLD TRANSPORTATION INC,   PO BOX 3919,   CAROLINA PR 00984 3919,
              CONTACT MARIA DIAZ COLON,   787 774 0909
2843051*    +NILDA FIGUEROA RIVERA,   CO DIEGO LEDEE BAZAN,   APARTADO 891,   GUAYAMA PR 00785-0891
2892923*    +NILDA FIGUEROA RIVERA,   CO DIEGO LEDEE BAZAN,   APARTADO 891,   GUAYAMA PR 00785-0891
2892924*     NORITEX SA,   EDIF 96 VIA ISRAEL,   PO BOX 55-1737,   PAITILLA PANAMA
2843053*     NOTIONS MARKETING COPR,   1500 BUCHANA SW GRAND RAPIDS,   MIAMI FL 49507,   TEL 800 748 0250
2892925*     NOTIONS MARKETING COPR,   1500 BUCHANA SW GRAND RAPIDS,   MIAMI FL 49507,   TEL 800 748 0250
2892926*     OFFICE MAX,   PO BOX 5239,   CAROL STREAM IL 60197-5239
2843055*     PDCM ASSOCIATES SE,   PO BOX 190858,   SAN JUAN PR 00919 0858
2843056*    +PHOENIX OF ANDERSON,   PO BOX 693,   ANDERSON SC 29622-0693,   TEL 1 800 505 8664
2892929*    +PHOENIX OF ANDERSON,   PO BOX 693,   ANDERSON SC 29622-0693,   TEL 1 800 505 8664
2843057*     PIZARRO LAW OFFICES,   PO BOX 360959,   SAN JUAN PR   00936 0959,   CONTACT LIC RICARDO PIZARRO,
              787   753-5439
2892930*     PIZARRO LAW OFFICES,   PO BOX 360959,   SAN JUAN PR   00936 0959,   CONTACT LIC RICARDO PIZARRO,
              787   753-5439
2843058*     PONCE  FAGOT  BCO POPULAR DE PR,   PLAZA FAGOT INC,   PO BOX 330208,   PONCE  PR  00733 0208,
              TEL 787 848 0034
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
2892931*       PONCE  FAGOT  BCO POPULAR DE PR,   PLAZA FAGOT INC,   PO BOX 330208,   PONCE  PR  00733 0208,
                TEL 787 848 0034
2843060*       PONCE REAL ESTATE CORP,   PO BOX 7071,   PONCE PR 00732 7071,   CONTACT FRANK VILARINO,
                787 842 9910
2892933*       PONCE REAL ESTATE CORP,   PO BOX 7071,   PONCE PR 00732 7071,   CONTACT FRANK VILARINO,
                787 842 9910
2892932*       PONCE REAL ESTATE CORP,   PO BOX 7071,   PONCE PR 00732 7071,   CONTACT FRANCISCO VILARINO,
                787 842 9910
2892934*       POPULAR AUTO,   PO BOX 50045,   SAN JUAN PR 00902
2843062*       ++PRYM CONSUMER USA INC,   PO BOX 5028,   SPARTANBURG SC 29304-5028
                (address filed with court: PRYM-DRITZ,   PO BOX 75028,   SPARTANBURG SC 29304,
                 TEL 800 255 7796)
2892935*       ++PRYM CONSUMER USA INC,   PO BOX 5028,   SPARTANBURG SC 29304-5028
                (address filed with court: PRYM-DRITZ,   PO BOX 75028,   SPARTANBURG SC 29304,
                 TEL 800 255 7796)
2843063*       PUERTO RICO RETAIL STORES,   PO BOX 190858,   SAN JUAN PR 00919 0858
2892937*       PUERTO RICO TELEPHONE,   PO BOX 71535,   SAN JUAN PR 00936-8635
2843065*       +RAFAEL CORTES Y VICTOR CORTES,   AVE MILITAR 4560,   ISABELA PR 00662-4159
2892938*       +RAFAEL CORTES Y VICTOR CORTES,   AVE MILITAR 4560,   ISABELA PR 00662-4159
2843066*       +RAFAEL LEBRON SOTO,   APARTADO 513,   PATILLAS PR 00723-0513
2892939*       +RAFAEL LEBRON SOTO,   APARTADO 513,   PATILLAS PR 00723-0513
2892943*       +TAGICIB SERVICES,   MERCANTIL PLAZA BLDG,   SUITE 810,   HATO REY PR 00918-1612
2843069*       TEXTILIA LTDA,   CARRERA 60 NO 12 46,   SANTA FE DE BOGOTA COLOMBIA,   COL  COLOMBIA,
                CONTACT   MERCEDES JUNCO,   TEL  571  261 2477
2843070*       +TIJ ASOC SE CJ GOLDIKENER,   C 17  1123,   VILLA NEVAREZ,   RIO PIEDRAS PR 00927-5335,
                TEL 787 765 3325
2892945*       +TIJ ASOC SE CJ GOLDIKENER,   C 17  1123,   VILLA NEVAREZ,   RIO PIEDRAS PR 00927-5335,
                TEL 787 765 3325
2892946*       +TINTAS Y TONERS DEL CARIBE,   CALLE 18 M17,   CONDADO MODERNO,   CAGUAS PR 00725-2452
2843072*       TLD DE PUERTO RICO  INC,   PO BOX 71314,   ACCT 27245,   SAN JUAN PR   00936 8414,
                TEL  787 781 8181
2843073*       TREASURY DEPARTMENT,   PO BOX 9024140,   SAN JUAN PR 00902-4140
2892948*       TREASURY DEPARTMENT,   PO BOX 9024140,   SAN JUAN PR 00902-4140
2843074*       UNITED SURETY  INDEMNITY CO,   CO VIRGILIO MACHADO ESQ,   138 WINSTON CHURCHILL,   PMB 530,
                SAN JUAN PR 00926-6023
2892949*       UNITED SURETY  INDEMNITY CO,   CO VIRGILIO MACHADO ESQ,   138 WINSTON CHURCHILL,   PMB 530,
                SAN JUAN PR 00926-6023
2843075*       UNIVERSAL FIRE CONTROL CORP,   CALLE M 1 NO 07 JARDINES DE ARECIBO,   ARECIBO PR 00612,
                787 878 7074
2892950*       UNIVERSAL FIRE CONTROL CORP,   CALLE M 1 NO 07 JARDINES DE ARECIBO,   ARECIBO PR 00612,
                787 878 7074
2892951*       UPS SUPPLY CHAIN SOLUTIONS INC,   28013 NETWORK PLACE,   CHICAGO IL 60673-1280
2843077*       US DEPARTMENT OF JUSTICE,   FEDERAL LITIGATION DIVISION,   PO BOX 9020192,
                SAN JUAN PR 00902-0192
2892952*       US DEPARTMENT OF JUSTICE,   FEDERAL LITIGATION DIVISION,   PO BOX 9020192,
                SAN JUAN PR 00902-0192
2843078*       +VENROD TRADING COMPANY INC,   BLDG B MERCADO CENTRAL  P NUEV,   PO BOX 2117,
                SAN JUAN    PR 00922-2117
2892953*       +VENROD TRADING COMPANY INC,   BLDG B MERCADO CENTRAL  P NUEV,   PO BOX 2117,
                SAN JUAN    PR 00922-2117
2892954*       +VICTOR ROFFE,   200 BLVD DE LA FUENTE,   APT 44,   SAN JUAN PR 00926-5968
2843080*       +VITEX FABRICS,   231 WEST 39 ST,   NEW YORK  NY 10018-3109,   TEL 212 302 5001
2892956*       +VITEX FABRICS,   231 WEST 39 ST,   NEW YORK  NY 10018-3109,   TEL 212 302 5001
2892959*       +WORLD NET COMUNICATION,   PO BOX 70201,   SAN JUAN PR 00936-8201
2843083*       +YABUCOA DEVELOPMENT SE,   PO BOX 195579,   SAN JUAN PR 00919-5579,   TEL 787 282 0202
2892960*       +YABUCOA DEVELOPMENT SE,   PO BOX 195579,   SAN JUAN PR 00919-5579,   TEL 787 282 0202
                                                                                          TOTALS: 13, * 192
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2010**                          **Signature:**   *Joseph Speetjens*